# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 2336 | **DATE** | 8/22/2002 |
| **CASE TITLE** | United States of America vs. Herman Davis | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant moves for summary judgment or for dismissal. That motion is denied. Status hearing set for October 16, 2002 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | AUG 2 3 2002 | |
| ✓ | Docketing to mail notices. | | | date docketed | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | docketing deputy initials | | |
| WAH | courtroom deputy's initials | | | date mailed notice | |
| | | Date/time received in central Clerk's Office | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 02 C 2336 |
| | ) | |
| HERMAN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

DOCKETED
AUG 2 3 2002

## MEMORANDUM OPINION AND ORDER

The government sues defendant for refund of benefits it claims were erroneously paid to defendant while he was gainfully employed elsewhere. Defendant moves for summary judgment or for dismissal. That motion is denied.

The motion, filed *pro se*, does not comply with Local Rule 56.1. Defendant has filed neither affidavits nor any statement of material facts about which he claims there are no genuine disputes, with citations to the record to establish what those facts may be. It is, rather, an answer of sorts to the complaint, and we accept it as such. Defendant seems to concede that he may owe something to the government, although he claims he got erroneous advice from the Railroad Retirement Board. But we cannot sort out the facts based on his assertions. We suggest that defendant contact the government attorney to discuss a resolution of this matter. In the meantime, the parties may seek to pin down what the facts are through discovery. This matter is set for a status call in court at 9:15 a.m. on October 16, 2002, to determine what progress the parties have made and what and when what further needs to be done.

JAMES B. MORAN
Senior Judge, U. S. District Court

Aug. 22, 2002.